1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY COLEMAN,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>VACHVI, INC. d/b/a KEN'S MARKET; and DOES 1 through 10 inclusive,<br><br>　　　　　Defendants. | **Case No. 2:18-cv-8294 R (MRWx)**<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL OF THE ENTIRE ACTION** |

Based on the stipulation of the parties and for good cause shown:

IT IS HEREBY ORDERED that the entire action be dismissed with prejudice, both sides to bear their own fees and costs.

SO ORDERED.

DATED: July 18, 2019

_____
United States District Court Judge